UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | * | CRIMINAL ACTION |
| | * | |
| VERSUS | * | CASE NO.: 14-0086 |
| | * | |
| MARLON BARNES | * | SECTION: "J" |
| | * | |
| | * | |

**UNOPPPOSED MOTION AND ORDER**
**TO CONTINUE THE TRIAL AND PRE-TRIAL CONFERENCE**

**NOW INTO COURT,** through undersigned counsel, comes MARLON BARNES who respectfully requests that this Honorable Court continue the trial set for Monday, July 14, 2014, and Pre-Trial Conference set for Thursday, June 19, 2014, for the following reasons:

1.

Undersigned counsel was recently appointed to represent Mr. Barnes.[1]

2.

Defendant MARLON BARNES has been advised of the request for Continuance and has no objections.

3.

The Assistant United States Attorney does not oppose a continuance.

---

[1] Undersigned counsel was appointed to represent Mr. Barnes on or about May 23, 2014, and met Mr. Barnes for the first time on that date.

1

2

**WHEREFORE**, defendant prays that the trial set for Monday, July 14, 2014, and Pre-Trial Conference set for Thursday, June 19, 2014, be continued.

Respectfully submitted,

 s/Paul C. Fleming, Jr.
PAUL C. FLEMING, JR., LA Bar # 23076
2821 Kingman St., Suite C
P.O. Box 491
Metairie, LA 70004
Telephone:    (504) 888-3394
Facsimile:    (504) 457-2531
Email:  pfleming@fleminglaw.net
ATTORNEY FOR MARLON BARNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | * | CRIMINAL ACTION |
| | * | |
| VERSUS | * | CASE NO.: 14-0086 |
| | * | |
| MARLON BARNES | * | SECTION: "J" |
| | * | |
| | * | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading on opposing counsel by electronic mail this 16TH day of June, 2014.

s/Paul C. Fleming, Jr. _____
PAUL C. FLEMING, JR.