UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  14-86 |
| v. | * | SECTION "J" |
| GARRY GENTRY | * | |
| | * * * | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JOSEPH C. WILKINSON, JR. UNITED STATES MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

The petition of the United States of America, appearing herein through Michael B. Redmann, Special Assistant United States Attorney for the Eastern District of Louisiana, respectfully shows to this Court:

That **GARRY GENTRY** (DOB: XX-XX-1984, SSN: XXX-XX-4639) is now confined in and is in the custody of the Sheriff of the Tangipahoa Parish Jail, 101 Campo Ln., Amite City, Louisiana 70422, being in custody under the authority of the State of Louisiana in accordance with the laws thereof.

This petition avers that the said **GARRY GENTRY** is charged in the United States District Court for the Eastern District of Louisiana with violating 21 U.S.C. §§ 846, 841(b) and that it is necessary for said **GARRY GENTRY** to appear for  an initial appearance and arraignment pursuant to an indictment in the United States District Court for the Eastern District

of Louisiana on or before the **31st** day of **July, 2014,** at **2:00 p.m.**, before United States Magistrate Judge Karen Wells Roby, after which **GARRY GENTRY** is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him, and thereafter is to be returned to the custody of the Tangipahoa Parish Jail.

**WHEREFORE**, petitioner prays that this Honorable Court do forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the Sheriff of Tangipahoa Parish Jail, requiring him to surrender the body of said **GARRY GENTRY** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by said United States Marshal in the United States District Court for the Eastern District of Louisiana on or before the **31st** day of **July, 2014**, at **2:00 p.m.** before United States Magistrate Judge Karen Wells Roby, after which **GARRY GENTRY** is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him, and thereafter is to be returned to the custody of the Sheriff of Tangipahoa Parish Jail.

Respectfully submitted,

KENNETH ALLEN POLITE, JR
UNITED STATES ATTORNEY

s/Michael B. Redmann
MICHAEL B. REDMANN
Special Assistant United States Attorney
Louisiana Bar Roll No. 31929
650 Poydras Street, Ste. 1600
New Orleans, Louisiana  70130
Telephone:  (504) 680-3065

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 18, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I further certify that I forwarded a copy via US Mail, properly addressed, and postage prepaid to non-CM/ECF participant, Garry Gentry, DOC Number: 00500114, 101 Campo Ln, Amite City, Louisiana  70422.

                                                      s/ Michael B. Redmann
                                                      Special Assistant United States Attorney