RECEIVED

NOV 21 2014

CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

CR 14-86

Sect J.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   NOV 21 2014

WILLIAM W. BLEVINS
CLERK

Dear Judge Karl J. Barbier

I Marion Barnes is writing ~~to File a~~ Motion for substitution of Attorney. I been incarcerated for the Past 7 months and me and my Lawyer has met a number of times. But just ~~cant~~ don't seem to have any understanding. I've been asking for any and all discovery related to my case, and recieved only the information from the day i was arrested and a few day Prior. I've even ask for help with discussing my defense but never went over any yet. The Communications has broken down and were not on the same page. He came to visit me this past week and told me that he set up a date for me to ~~me~~ talk with District Attorney. After i told him I did not want to, cause i don't have any information to talk about. He ~~forceing~~ me to meet with D.A., telling me i have to go. After I ~~told~~ told him no, If its possible I would like to get New Attorney cause I don't believe he has my best interest Your Honor.

Respectfully Submitted,

Attorney: P.C. Fleming

MARLON BARNES

Marlon Barnes

FOREVER

NEW ORLEANS LA 700

20 NOV 2014 PM 3 1

Sec. J
Judge Karl J. Barbier
Hale Boggs Federal Building
500 Poydras St,
N.O, LA, 70130

7013033712

Marlon Barnes
1900 Paris Rd,
Chalmette, LA. 70043