

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2015 JAN -7  PM 6: 52

WILLIAM W. BLEVINS
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-86 |
| v. | * | SECTION: "J" |
| JERMAINE REYNOLDS | * | |

\* \* \*

## MOTION FOR LEAVE TO FILE SENTENCING-RELATED
## PLEADING UNDER SEAL

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and moves for leave to file the accompanying sentencing-related pleading under seal. The United States respectfully submits that filing this sentencing-related pleading under seal is necessary for the reasons stated in that pleading.

___Fee _____
___Process _____
_X_Dktd _____
___CtRmDep_____
___Doc. No._____

Accordingly, the Government prays that leave is granted for the accompanying sentencing-related pleading to be filed under seal in the record.

Respectfully,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

*Michael B. Redmann*
MICHAEL B. REDMANN (La. #31929)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3065

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon Theressia A. Lyons, Esq., counsel for defendant Jermaine Reynolds Tate, by personal email, on January 7, 2015.

*Michael B. Redmann*
MICHAEL B. REDMANN
Assistant United States Attorney

2