UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 14-86 |
| v. | * | SECTION: "J" |
| FRED DOUGLAS BROOKS, III | * | |
| | * * * | |

## UNITED STATES BILL OF PARTICULARS
## FOR FORFEITURE OF PROPERTY

**NOW INTO COURT**, comes the United States of America by and through the undersigned Assistant United States Attorney who hereby files the following Bill of Particulars.

Through the violations of Title 21, United States Code, Sections 846 and 841(a)(1), as alleged in Count 1 of the Superseding Indictment pursuant to Title 21, United States Code, Section 853, the United States seeks forfeiture of the following properties, including but not limited to:

$30,000 U.S. Currency;

$20,000 U.S. Currency.

$44,900 U.S. Currency;

$3,051 U.S. Currency seized from First Community Credit Union Savings Account Number: 130590401, in the name of Fred Douglas Brooks, III.

Through the violations of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1956(h), as alleged in Count 2 of the Superseding Indictment pursuant to Title 18, United States Code, Section 982, the United States seeks forfeiture of the following properties, including but not limited to:

$30,000 U.S. Currency;

$20,000 U.S. Currency.

$44,900 U.S. Currency;

$3,051 U.S. Currency seized from First Community Credit Union Savings Account Number: 130590401, in the name of Fred Douglas Brooks, III

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY


/s/ Michael B. Redmann
MICHAEL B. REDMANN            (31929)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA   70130
Telephone: (504) 680-3065
Michael Redmann@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served in accordance with the Court's ECF Rules on January 12, 2015.


/s/Michael B. Redmann
MICHAEL B. REDMANN
Assistant United States Attorney

2